1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CSBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue
      San Francisco, California 94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

FILED
SEP 9 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00549 VRW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER EXCLUDING TIME |
| | ) | |
| STANMORE CAWTHON COOPER, | ) | |
| Defendant. | ) | |

       The above-captioned matter came before the Court on August 31, 2005 for arraignment on the indictment. The defendant was represented by James Pokorny and the government was represented by Kyle Waldinger, Assistant United States Attorney. The case was set for October 4, 2005 for initial appearance before the Hon. Vaughn Walker, United States District Court Judge.

       The Court made a finding on the record that the time from and including August 31

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00549 VRW

through October 4, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until October 4, 2005 and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED:   08/31/05

/s/
JAMES POKORNY
Counsel for Stanmore Cawthon Cooper

DATED:   08/31/05

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.
DATED: 8 Sept 05

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00549 VRW**                          2