1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   JEFFREY R. FINIGAN (CSBN 168285)
    Assistant United States Attorney
5
6      450 Golden Gate Avenue
       San Francisco, California  94102
7      Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
8      Email: jeffrey.finigan@usdoj.gov

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14
    UNITED STATES OF AMERICA,          )    Criminal No. CR 05-00549 VRW
15                                     )
            Plaintiff,                 )
16                                     )
                                       )    **STIPULATION AND [PROPOSED]**
17                                     )    **ORDER EXCLUDING TIME**
       v.                              )
18                                     )
                                       )
19  STANMORE CAWTHON COOPER,           )
                                       )
20          Defendant.                 )
                                       )
21  _____ )

22          The above-captioned matter came before the Court on October 4, 2005, for initial

23  appearance.  The defendant was represented by James Pokorny and the government was

24  represented by Jeffrey Finigan, Assistant United States Attorney.  The case was set for December

25  13, 2005, for hearing on the defendant's motion to dismiss the indictment.

26          The Court made a finding on the record that the time from and including October 4,

27  2005 through December 13, 2005, should be excluded under the Speedy Trial Act, 18 U.S.C.

28  **STIPULATION AND [PROPOSED]**
    **ORDER EXCLUDING TIME**
    **CR 05-00549 VRW**

§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until December 13, 2005 and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.


DATED:        10/04/05            _____/s/_____
                                 JAMES POKORNY
                                 Counsel for Stanmore Cawthon Cooper


DATED:        10/04/05            _____/s/_____
                                 JEFFREY FINIGAN
                                 Assistant U.S. Attorney


So ordered.

DATED:                           _____
                                 VAUGHN R. WALKER
                                 UNITED STATES DISTRICT COURT JUDGE


**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00549 VRW**            2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. STANMORE CAWTHON COOPER, CR 05-00549 VRW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

> **James Pokorny, ESQ**
> **110 West "C" Street, Suite 1504**
> **San Diego, CA 92101**
> **Fax No: 619-239-8141**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    October 4, 2005

                                        /s/
                            _____
                            RAWATY YIM
                            United States Attorney's Office

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00549 VRW**                          3