James F. Pokorny, Esq.
POKORNY & ASSOCIATES
110 West "C" Street, Suite 1504
San Diego, CA 92101
California State Bar No.: 75407
619- 239-8142

**FILED**

OCT 17 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant **STANMORE CAWTHON COOPER**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>**STANMORE CAWTHON COOPER,** )<br>)<br>Defendant. )<br>_____ ) | CASE NO.: CR 05-00549 VRW<br><br>**ORDER AMENDING TRAVEL RESTRICTION OF DEFENDANT** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the travel restrictions previously ordered in the within matter be modified to allow defendant STANMORE CAWTHON COOPER to travel within the entire state of California and between the states of California and New Mexico. Prior to any travel, the defendant is to report his itinerary to the Office of U.S. Pretrial Services.

Date:_____

_(signature)_

Hon. Vaughn R. Walker
Judge of District Court