KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

   450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00549 VRW |
|    Plaintiff, | ) | |
| | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| STANMORE CAWTHON COOPER, | ) | |
|    Defendant. | ) | |

     The above-captioned matter came before the Court on December 13, 2005, for hearing

on the defendant's Motion to Suppress. The defendant was represented by James Pokorny and

the government was represented by Jeffrey Finigan, Assistant United States Attorney. The

matter was taken under submission by the Court and the case was set for a court trial on February

21, 2006, at 2:00 p.m.

     The Court made a finding on the record that the time from and including December 13,

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00549 VRW**

2005 through February 21, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C.
§ 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best
interest of the public and the defendant in a speedy trial. That finding was based on the need for
the defendant to have reasonable time necessary for effective preparation, taking into account the
exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
§ 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until February 21,
2006 and that the exclusion of time until then be granted. The parties agree and stipulate that the
additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
because the ends of justice served by this continuance outweigh the best interest of the public and
the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively
prepare, taking into account the exercise of due diligence, and will provide for continuity of
counsel for the defendant.

DATED: 12/14/05

/s/
JAMES POKORNY
Counsel for Stanmore Cawthon Cooper

DATED: 12/13/05

/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED: December 15, 2005

VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00549 VRW**      2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States

Attorney, Northern District of California and is a person of such age and discretion to be

competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. STANMORE CAWTHON COOPER, CR 05-00549**

**VRW** to be served on the parties in this action, by placing a true copy thereof in a sealed

envelope, addressed as follows which is the last known address:

**James Pokorny, ESQ**
**110 West "C" Street, Suite 1504**
**San Diego, CA 92101**
**Fax No: 619-239-8141**

_____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__x__ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

_____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

_____(By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 14, 2005

                                        /s/
                                        RAWATY YIM
                                        United States Attorney's Office

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00549 VRW**                     3