KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> STANMORE CAWTHON COOPER, ) <br> ) <br> Defendant. ) <br> ) | Criminal No. CR 05-00549 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |

     The above-captioned matter came before the Court on January 20, 2006, for re-setting of the trial date in lieu of the defendant's election to proceed to trial by jury.  The defendant was represented by Michael Dworkin, specially appearing for counsel of record, James Pokorny, and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was set for jury trial beginning on March 20, 2006, at 8:30 a.m. and for pretrial conference on March 7, 2006, at 10:30 a.m.

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00549 VRW**

1  The Court made a finding on the record that the time from and including January 20,
2  2006 through March 20, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C.
3  § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best
4  interest of the public and the defendant in a speedy trial.  That finding was based on the need for
5  the defendant to have reasonable time necessary for effective preparation, taking into account the
6  exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C.
7  § 3161(h)(8)(B)(iv).

8  The parties hereby agree to and request that the case be continued as set forth herein and
9  that the aforementioned exclusion of time be granted.  The parties agree and stipulate that the
10 additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
11 because the ends of justice served by this continuance outweigh the best interest of the public and
12 the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
13 prepare, taking into account the exercise of due diligence, and will provide for continuity of
14 counsel for the defendant.

15
16
17 DATED:     1/20/06              /s/
                                   JAMES POKORNY
18                                 Counsel for Stanmore Cawthon Cooper
19
20 DATED:     1/20/06              /s/
                                   JEFFREY FINIGAN
21                                 Assistant U.S. Attorney
22
   So ordered.
23
   DATED:   January 31, 2006
24                                 _____
                                   VAUGHN R WALKER
25                                 UNITED STATES DISTRICT COURT JUDGE
26
27
28
   **STIPULATION AND [PROPOSED]**
   **ORDER EXCLUDING TIME**
   **CR 05-00549 VRW**                       2


IT IS SO ORDERED
Judge Vaughn R Walker

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that she caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of **UNITED STATES V. STANMORE CAWTHON COOPER, CR 05-00549 VRW** to be served on the parties in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

**James Pokorny, ESQ
110 West "C" Street, Suite 1504
San Diego, CA 92101
Fax No: 619-239-8141**

\_\_\_\_   (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

\_\_x\_\_  (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

\_\_\_\_   (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

\_\_\_\_   (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   January 20, 2006

/s/
RAWATY YIM
United States Attorney's Office

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00549 VRW**                     3