**FILED**

FEB 23 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　Plaintiff,<br><br>vs.<br><br>**STANMORE CAWTHON COOPER,**<br><br>　　Defendant. | CASE NO.: CR 05-00549 VRW<br><br>**ORDER AMENDING TRAVEL RESTRICTION OF DEFENDANT** |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Order and Conditions of Pretrial Release previously entered in the within matter be modified to allow Defendant **STANMORE CAWTHON COOPER** to travel to Florida between February 23, 2006 and February 28, 2006 for the purpose of a family reunion.

DATED: 02/22, 2006

　　　　　　　　　　　　　　　　　　　　_/s/ James F. Pokorny_
　　　　　　　　　　　　　　　　　　　　James F. Pokorny
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　**STANMORE CAWTHON COOPER**

DATED: 2/22, 2006

Jeffrey Finigan
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: _____, 2006

Vaughn R. Walker
United States District Court

STIPULATION AND ORDER MODIFYING DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE

2

OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-3605



# FACSIMILE TRANSMITTAL FORM

2/23/2006
DATE

TO: James Pokorny

LOCATION: San Diego, CA

FAX NUMBER: (619) 239-8141

NO. OF PAGES (not including this transmittal form): 2

☐ Original to follow in the mail.

☒ Original will NOT follow.

FROM: Cora Delfin

PHONE NUMBER: (415) 522-2039

FAX NUMBER: _____

☐ Please contact sender if transmittal is incomplete.

☐ Please contact sender upon receipt of transmittal.

COMMENTS: CR05-0549 VRW

```
* * *  COMMUNICATION RESULT REPORT ( FEB.23.2006  5:50PM ) * * *
                                                              TTI
FILE MODE       OPTION         ADDRESS (GROUP)        RESULT       PAGE
-----------------------------------------------------------------------
782  MEMORY TX                 916192398141           OK           P. 4/4


REASON FOR ERROR
     E-1) HANG UP OR LINE FAIL           E-2) BUSY
     E-3) NO ANSWER                      E-4) NO FACSIMILE CONNECTION
```

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-3605



# FACSIMILE TRANSMITTAL FORM

2/23/2006
DATE

TO: James Pokorny

LOCATION: San Diego, CA

FAX NUMBER: (619) 239-8141

NO. OF PAGES (not including this transmittal form): 2

☐ Original to follow in the mail.

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

COOPER et al,

        Defendant.

Case Number: CR05-00549 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 23, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James F. Pokorny —via fax
110 West C Street
Suite 1504
San Diego, CA 92101

Jeffrey R. Finigan
U.S. Attorney's Office
450 Golden Gate Avenue
11th floor
San Francisco, CA 94102

Pretrial Services
San Francisco

Dated: February 23, 2006

        Richard W. Wieking, Clerk
        By: Cora Delfin, Deputy Clerk