James F. Pokorny, Esq.
POKORNY & ASSOCIATES
110 West "C" Street, Suite 1504
San Diego, CA  92101
California State Bar No.: 75407
619- 239-8142

Defendant **STANMORE CAWTHON COOPER**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA
### (HON VAUGHN R. WALKER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: CR 05-00549 VRW |
| Plaintiff, ) | |
| vs. ) | **STIPULATION AND ORDER TO RETURN DEFENDANT'S PASSPORT** |
| **STANMORE CAWTHON COOPER**, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that defendant's passport, which was surrendered to the United States District Court, Northern District of California, be returned to him or his legal representative forthwith.

DATED: 03/22, 2006

James F. Pokorny
Attorney for Defendant
**STANMORE CAWTHON COOPER**

/ / /
/ / /
/ /

STIPULATION AND ORDER TO RETURN DEFENDANT'S PASSPORT        1

DATED: __3/22__, 2006

Jeffrey Finigan
Assistant United States Attorney

STIPULATION AND ORDER TO RETURN DEFENDANT'S PASSPORT                2

**ORDER**

Good cause appearing, It is ordered that defendant's passport, which was surrendered to the United States District Court, Northern District of California, be returned to him or his legal representative forthwith.

DATED: _March 24_, 2006



STIPULATION AND ORDER TO RETURN DEFENDANT'S PASSPORT         3